In the Matter of the Condemnation of Land for Street Purposes in the VILLAGE OF TUPPER LAKE, NEW YORK, Respondent. BROOKLYN COOPERAGE COMPANY, Appellant.— Order reversed and motion granted, without costs,

on the ground that as a matter of discretion and not as matter of right the default should be excused. All concur; Kiley, J., in result.